UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUS PUNJABI, LLC and PENNY K. SANDHU,  Case No. 14 CV-3318 (GHW)
                                        (FM)


                        Plaintiffs,

-against-


GET PUNJABI US, INC., HARWINDER SINGH,
MANINHER SINGH, MANISH VASISHT, ASHOK
MATHIAS, IRIS MEDIA WORKS, LTD, IRIS MEDIA
WORKS, US INC., PARDES NEWS MEDIA, INC.,
BALWANT SINGH MALLAH, AMIT KHURANA, and
IKK ONKAR MEDIA US, INC.

                        Defendants.
-------------------------------------------------------------------X

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the JUS PUNJABI, LLC and PENNY K. SANDHU, Plaintiffs herein, hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Opinion and Order, dated May 20, 2015, and Judgment entered in this action on May 27, 2015 [Docket # 45], granting Defendants' motion to dismiss Plaintiffs' complaint. The Order is Attached as Exhibit "A."

Dated: New York New York
       June 22nd, 2015

                                    Respectfully Submitted,

                                    /s/karamvir dahiya
                                    _____
                                    Dahiya Law Offices LLC
                                    75 Maiden Lane Suite 506
                                    New York New York 10038
                                    Tel: 212 766 8000
                                    Fax: 212 766 8001
                                    karam@legalpundit.com

TO:

*Attorneys for the Defendants:*

Robert Norman Knuts
Sher Tremonte LLP
80 Broad Street, Suite 1301
New York, NY 10004
212-202-2638
Fax: 212-202-4156
Email: rknuts@parkjensen.com

Mark F. Magnozzi
Magnozzi & Kye, LLP
23 Green Street, Suite 302
Huntington, NY 11743
(631)-923-2858
Fax: (631)-923-2860
Email: mmagnozzi@magnozzikye.com


Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
 New York, NY 10007